No. 30, Misc.  JOHNSON *v.* RHAY, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY.  Supreme Court of Washington.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted.  Petitioner *pro se.*  *John J. O'Connell,* Attorney General of Washington, for respondent.

No. 237, Misc.  WITT *v.* NEW YORK.  Appellate Division of the Supreme Court of New York, Fourth Judicial Department.  Certiorari denied.

No. 88, Misc.  CARSWELL *v.* CALIFORNIA.  Supreme Court of California.  Certiorari denied.  THE CHIEF JUSTICE took no part in the consideration or decision of this application.

No. 166, Misc.  HILL *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.  MR. JUSTICE STEWART took no part in the consideration or decision of this application.  Petitioner *pro se.*  *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 196, Misc.  DECKHART *v.* CAVELL, WARDEN.  Motion to substitute James F. Maroney as party respondent in the place of Angelo C. Cavell granted.  Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 35, October Term, 1958.  BARENBLATT *v.* UNITED STATES, 360 U. S. 109;

No. 57, October Term, 1958.  HOWARD *v.* LYONS ET AL., 360 U. S. 593; and

No. 74, October Term, 1958.  MILLS ET AL. *v.* LOUISIANA, 360 U. S. 230.  Petitions for rehearing denied.